D.R. WATSON HOLDINGS, LLC, et al., Respondents, v CALIBER ONE INDEMNITY COMPANY, Appellant.

Submitted July 25, 2005; decided October 25, 2005

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (*see Burke v Crosson*, 85 NY2d 10, 18 n 5 [1995]).

---

In the Matter of ALBERTO GREEN, Appellant, v GLENN S. GOORD, as Commissioner of Correctional Services, Respondent.

Submitted August 15, 2005; decided October 25, 2005

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.